FILED **1:20**-cv-**0266** TWP-DML

JAN 23 2020
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

In the United States District Court
for Southern District of Indiana
Indianapolis

Cynthia Olinger Vanover    Case No. _____
vs.                        Mayor PEE
                           Complaint Harassment Against Federal Constitutional
City of Shelbyville / Corruption, truing ridicule
2002 World Wide Drug Prostitution King
Sting, Citizens, Business, Cops, System Nobody.
ect. Vanover family CALENDER GIRLS

1. Unable to work for years
2. Has Attempted to file Disability
3. System Refuses to let myself
have Surgery need 3 of them

I hereby understand put All to
Surgery TRUTH

Cynthia Vanover