UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CYNTHIA OLINGER VANOVER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:20-cv-00266-TWP-DML ) |
| CITY OF SHELBYVILLE, and UNKNOWN OFFICERS, | ) ) ) ) |
| Defendants. | ) |

## ORDER

*Pro se* Plaintiff Cynthia Olinger Vanover filed a "Complaint" on January 23, 2020 (DKT No. 1). Plaintiff failed to pay the filing fee. While she filed a handwritten document titled "Waiver Fee," this document is insufficient to allow the Court to rule upon any motion for leave to proceed without the prepayment of the filing fee (*in forma pauperis*). Plaintiff must either prepay the filing fee or demonstrate that she lacks the financial ability to do so by an adequate motion to proceed *in forma pauperis*. The Court will provide Plaintiff with a form that she should fully complete which will assist the Court in its determination. No further action will be taken on this case until Plaintiff either pays the filing fee or files a motion to proceed *in forma pauperis*.

The **Clerk is directed** to mail a copy of the form "Request to Proceed in District Court Without Prepaying the Filing Fee" to the Plaintiff with this Order.

**SO ORDERED.**

Date: 1/31/2020

*[signature]*

TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

CYNTHIA OLINGER VANOVER
713 Center St.
Shelbyville, IN 46176