INSD Pro Se Civil (unrelated to imprisonment) IFP request 4/19

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

**FILED**
FEB 1 3 2020
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

Cynthia Olinger Vanover
_Plaintiff(s)_

-v-

(system)
City of Shelbyville, and unknown officers
_Defendant(s)_

Case No. 1:20-cv-266-TWP DML
_(to be filled in by the Clerk's Office)_

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

INSD Pro Se Civil Non-prisoner IFP request 4/19

Answer the following questions to the best of your ability.
**Note**: If you do not tell the truth, the court may dismiss your lawsuit.

I. <u>Personal Information</u>

1) Are you employed?   ☐ Yes   ☒ No

2) Are you married?   ☐ Yes   ☒ No
   If "Yes," is your spouse employed?   ☐ Yes   ☐ No

3) Do you have any dependents that you are responsible for supporting?
   ☐ Yes   ☒ No
   If "Yes," list them below:

| Name (initials for minor children only) | Relationship to You | Age | Amount of Support Provided per Month |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

II. <u>Income</u> - If you are married, your answers *must include your spouse's income.* (When calculating income, include any wages, salary, rent, child support, public assistance, unemployment compensation, disability payments, life insurance payments, pensions, annuities, workers' compensation, stock dividends and interest, gifts and inheritance, or other money you receive from any source.)

1) State your total *monthly* wages or salary?   $ ∅

2) Provide the name and address of your employer(s):
   _____

3) State your spouse's total *monthly* wages or salary?   $ ∅

4) State the amount of money you have received from any other source in the last twelve months, such as the sources listed above. Please attach an additional sheet if necessary.

Source of income | Amount
--- | ---
∅ | $ ∅
∅ | $ ∅

III. **Expenses** - If you are married or have dependents, *your expenses should also include your household's expenses.*
(When calculating household expenses, you may include groceries, clothing, medical costs, utilities that are not included in your rental payments, transportation, and insurance.)

1) Identify the following amounts that you pay per month:

☐ Rent or ☐ Mortgage $ _____

Car payment(s) $ _____

Alimony or court-ordered child support $ I pay $65 wkly (But cant wok)

Credit card payment(s) $ _____

2) Do you have any other *monthly* expenses that you have not already listed?
☐ Yes ☒ No

If "Yes," list them below:

Expense | Amount
--- | ---
 | $
 | $
 | $

INSD Pro Se Civil Non-prisoner IFP request 4/19

3) What are your total *monthly* expenses?  $ 0 Need 3 Surguries

**IV. Property** - If you are married, your answers must *include your spouse's property.*

1) Do you own a car? ☐ Yes  ☒ No    If "Yes," list car(s) below:

| Make and Model | Year | Approximate Current Value |
|---|---|---|
| _____ | _____ | $ _____ |
| _____ | _____ | $ _____ |

2) Do you own your home(s)?   ☐ Yes  ☒ No

   If "Yes," state the approximate value(s). $ _____

   What is the amount of equity (assessed value of residence minus outstanding mortgage balance) in the home(s)?   $ 0

3) Do you have any cash or checking, savings, or other similar accounts?
   ☐ Yes  ☒ No

   If "Yes," state the total of such sums.   $ _____

4) Do you own any other property of value, such as real estate, stocks, bonds, trusts, or individual retirement accounts (e.g., IRA, 401 k), artwork or jewelry?

   ☐ Yes  ☒ No

   If "Yes," describe the property and the approximate value(s).

   _____

**V.  Other Circumstances** - Describe any other financial circumstance(s) that you would like the court to consider when reviewing this petition.

I have had one back surgery in 2011 and I again need a second back surgery and from being physically hurt several times I also now have a Rectotede and a cystacle so I need 3 surgeries possibly 4 and this system keeps refusing to give me surgery due to my weight

I, Cynthia N Vanover, declare that I am the plaintiff bringing this complaint. I declare that I am unable to prepay the fee and that I am entitled to the relief sought in the complaint.

Feb. 10, 2020
Date

Cynthia Ginger Vanover
Signature - Signed Under Penalty of Perjury