UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CYNTHIA OLINGER VANOVER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:20-cv-00266-TWP-DML |
| ) | |
| CITY OF SHELBYVILLE citizens, businesses, ) | |
| cops, system, ) | |
| UNKNOWN OFFICERS police officers, ) | |
| ) | |
| Defendants. ) | |

## ORDER

This matter is before the Court on pro se Plaintiff Cynthia Olinger Vanover's Motion to Extend timeframe (Dkt. 7). On March 17, 2020 the Court granted Ms. Vanover's Request to Proceed in District Court Without Prepaying the Filing Fee (Dkt. 5) and screened the Complaint. The Court determined the Complaint was subject to dismissal for lack of standing and lack of subject-matter jurisdiction. *Id*. Ms. Vanover was granted leave to file an amended complaint by no later than Friday, April 17, 2020 and advised that if no Amended Complaint is filed by that date, this action will be dismissed. In her Motion, Ms. Vanover states she "can not get all the reports and documents that is needed to prove for the ammeded [sic] complaint due to the cornilavirus [sic]. The police department on skelital [sic] lock & you can't get medical records."

Ms. Vanover has shown good cause for the delay and her Motion to Extend the Timeframe, dkt. [7], is **GRANTED**. Ms. Vanover may have until **May 17, 2020** to file her Amended Complaint. if no Amended Complaint is filed by that date, this action will be dismissed.

IT IS SO ORDERED.

Date:  4/21/2020

_____
TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

CYNTHIA OLINGER VANOVER
713 Center St.
Shelbyville, IN 46176